IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    **Plaintiff**

v.                                  Case No.: 4:19cr20-MW

JAMES WOODEN
 and
NATHAN LEE DAVISON

    **Defendants**

                                    /

## NOTICE OF COMPLETED ADMINISTRATIVE FORFEITURE

On March 6, 2019, defendants James Wooden and Nathan Lee Davison were indicted in a seven-count indictment. (Doc. 1)   Included in the indictment were various firearms and ammunition to be forfeited.

At this time, the Bureau of Alcohol, Tobacco, Firearms, and Explosives has completed the administrative forfeiture of the assets listed in the indictment and no judicial forfeiture proceedings are necessary in the above criminal matter.

1

Dated this 15th day of November, 2019.

                                        Respectfully submitted,

                                        LAWRENCE KEEFE
                                        United States Attorney

                                        */s/ Andrew J. Grogan*
                                        ANDREW J. GROGAN
                                        Assistant United States Attorney
                                        Northern District of Florida
                                        Florida Bar No. 85932
                                        111 North Adams Street, Fourth Floor
                                        Tallahassee, Florida 32301
                                        (850) 942-8430
                                        andrew.grogan@usdoj.gov